%AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

DIRECTV, Inc.

v.

Charles Maleus

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04 - 12403 RCL

TO: (Name and address of Defendant)

Charles Maleus
5 Dupre Ave.
Apt. 1F
Haverhill, MA 01832

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-8218

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                                    NOV 1 2 2004
CLERK                                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

NA

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

Essex, ss.

November 29, 2004

I hereby certify and return that on 11/23/2004 at 03:40 pm I served a true and attested copy of the summons, complaint, civil cover sheet and corporate disclosure in this action in the following manner: To wit, by leaving at the last and usual place of abode of CHARLES MALEUS, 5 Dupre Avenue, Apt. 1F, Haverhill, MA 01832, and by mailing 1st class to the above address on 11/23/2004. Basic Service Fee ($20.00), Conveyance ($3.00), Travel ($16.00), Postage and Handling ($3.00), Copies ($10.00) Total Charges $52.00

Deputy Sheriff Ronald Weeks                                               Deputy Sheriff

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                 Date                             Signature of Server

                                         _____
                                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.