UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**DIRECTV, INC.**

V.                                    **CIVIL ACTION NO. 04-12403-RCL**

**CHARLES MALEUS**

### NOTICE OF DEFAULT

Upon application of the plaintiff, **DIRECTV, INC.**, for order of Default for failure of the defendant, **CHARLES MALEUS** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 3rd day of March, 2005.

                                      TONY ANASTAS, CLERK

                                      By: /s/ Lisa M. Hourihan
March 3, 2005                              Deputy Clerk